|  |  |
|---|---|
| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court<br>☒ Federal Court<br>Address: 901 19th Street, Denver, CO 80294 |  |
| Plaintiff: David William Dacres Shaver<br>Vs. Defendant: Whittier Condominiums HOA<br>(City of Boulder has been sent Notice) | Δ COURT USE ONLY Δ |
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail: davidwshaver@yahoo.com | Case Number: |

## DECLARATION OF FACTS WITH REGARDS TO EVIDENCE

**PLAINTIFF** declares that he believes the following defines these provided pieces of evidence / exhibits:

**Exhibit A:** Is A list of Plaintiff's real property & approximated replacement values if known/replaceable.

**Exhibit B:** Is a Condo Recovery Map showing locations within, and priority order of repossession(s).

**Exhibit C:** Is a photograph of 'MailStation' showing co-existence with 'Collectons' collectibles shop.

**Exhibit D:** Images of 'merger consideration' stock certificates, from Plaintiff's fireproof safe / Unit 39. [photo of reprints, as Oregon Department of State Lands refused to return electronic copies as provided]

**Exhibit E:** Condo's apparent current condition, showing exterior apparent likelihood of recoverability / (NSWA), + showing contradictory walkability reports by engineering firm hired by HOA insurance Co.

**Exhibit F:** Original expressed preference to HOA for utilisation of self-help to recover possessions.

**Exhibit G:** 'Auto-Bio Graphical Resume' of experiences as currently attached to Plaintiff's LinkedIn profile (as effectively verified as accurate to their knowledge by ~86 current 'Connections'+Plaintiff).

**Exhibit H:** 'Hambrecht & Quist's current 'Wikipedia' page showing Apple & Adobe IPO involvement.

**Exhibit I:** 'Adobe 10-Q' report pages showing 'Adobe Ventures'+ investments in ImageX Corporation.

*[Notary Stamp: RIHAM ABUHAIBA, NOTARY PUBLIC, STATE OF COLORADO, NOTARY ID 20224002733, MY COMMISSION EXPIRES JANUARY 19, 2026]*

**Verified Affidavit, City and County of Boulder, CO : BEFORE ME** personally appeared David W. Shaver, who, being by me first duly sworn, executed the foregoing in my presence and stated to me that the facts alleged herein are true and correct according to his own personal knowledge and belief.

Notary Public: _[signature]_                         My commission expires: 6/19/2026

Signature of 'Plaintiff': _[signature]_  (PRO SE)   Date: 3.13.2023

Address: 1750 30th St Suite A338, Boulder CO 80301                Phone: 303-351-4239