| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court ■ Federal Court<br>Address: 901 19th Street, Denver, CO 80294 | |
|---|---|
| Plaintiff:           David William Dacres Shaver<br>Vs. Defendant(s):  Whittier Condominiums HOA<br>                     (City of Boulder has been sent Notice) | Δ COURT USE ONLY Δ |
| 'Pro Se'Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail:davidwshaver@yahoo.com | Case Number: |

## WRIT OF ASSISTANCE

**BY ORDER OF THIS COURT TO ANY LAW ENFORCEMENT WITHIN ITS JURISDICTION**

You are directed to take possession of that which is salvageable, in the priority order given, of the personal property cited in the Judgment and Order for Possession or the Prejudgment Order for Possession After Hearing in a peaceful and orderly manner and to retain such property in custody until expiration of the time for filing of an undertaking for redelivery and for exception to the sufficiency of the bond or surety, unless Court orders a stay of delivery (i.e. CRCP 104(I), CRCCP 404, FRCP 64).

(1). If this cannot be accomplished, you are ordered to use to effectuate said Order such force or expertise (i.e. rope access technicians or Plaintiff assistance) as may be reasonably necessary to recover said property.  If the personal property or any part thereof is in a building or enclosure, you are directed to demand its delivery, announcing your identity, purpose, and the authority under which you act. If it is not voluntarily delivered, you shall cause the building or enclosure to be broken open in such a manner as you reasonably believe will cause the least damage to the building or enclosure, and take the personal property into your possession.  If necessary, you are directed to call to your aid the powers of your county, to aid in execution and enforcement of the accompanying Judgment and Order for Possession or Prejudgment Order for Possession After Hearing issued by this Court in the referenced matter.

You shall, without delay, serve upon Defendant(s) a copy of the Order for Possession and written undertaking by delivering the same to Defendant(s) personally, if Defendant(s) can be found or Defendant(s) agent for whose possession the property is taken; or, if neither can be found, by leaving them at the usual place of abode either with some person of suitable age and discretion; or if neither has any known place of abode, by mailing them to the last known address of either.

Signature of 'Clerk/Deputy Clerk':_____   Date: _____

Address: _____   Phone: _____