| | |
|---|---|
| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court ☑ Federal Court<br>Address: 901 19th Street, Denver, CO 80294 | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>03/13/2023<br>**JEFFREY P. COLWELL, CLERK** |
| Plaintiff:          David William Dacres Shaver<br>Vs. Defendant(s):    Whittier Condominiums HOA<br>                  (City of Boulder has been sent Notice) | **Δ COURT USE ONLY Δ** |
| 'Pro Se'Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail:davidwshaver@yahoo.com | Case Number: |

## UNSEALED MOTION FOR SUPPRESSING OR SEALING (i.e. RULE 5.2, 26)

## FILED WITHOUT ATTACHMENTS

**Plaintiff intends to separately file a sealed memorandum in support of this unsealed motion for suppressing or sealing, in connection with this motion.**

• Those items sought to be sealed are largely categorizable as evidence related to events or valuations which occurred during the 'Astrobyte⇔Extensis' merger, or to associated 'Permissive Joinders'.

• Without disclosing the information sought to be kept confidential, Plaintiff's intended confidential filings include documents from the Astrobyte⇔Extensis "AGREEMENT AND PLAN OF MERGER", which contains a number of references indicating that portions (perhaps even the entirety) thereof are considered confidential or privileged, as well as information which Plaintiff believes should be still be classified as 'confidential' under section 11.12, or various other sections of the merger documents.

• Evidence which is may be relevant to this action has been obtained via communications considered privileged by Plaintiff , such as having been agreed to as being of a confidential nature between parties, or considered as subject to contracts which explicitly called for confidentiality **(i.e. UTSA or CRS 24-72-204)**.

**WHEREFORE Plaintiff** moves that, God Willing, this Court should enter an Order to allow documents to be filed with suppressed or sealed status (at which point, further confidential filings are intended to be made available), and for any other appropriate relief deemed just and proper.

Signature of 'Plaintiff': _/s/David W Shaver_   (PRO SE)   Date: _____3.13.2023_____

Address:  _1750 30th St Suite A338, Boulder CO 80301_          Phone:  _303-351-4239_