# The New York Times

## Business Day

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

Search | International | DealBook | Markets | Economy | Energy | Media | Technology | Personal Tech | Small Business | Your Money

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
**03/13/2023**
**JEFFREY P. COLWELL, CLERK**

COMPANY NEWS

# COMPANY NEWS; IMAGEX.COM TO BUY CREATIVEPRO.COM, SOFTWARE RIVAL

Published: March 21, 2000

ImageX.com Inc. agreed yesterday to acquire the privately held Creativepro.com Inc. for $97 million in stock and cash to get more customers. The price consists of $87.1 million in stock and $9.9 million in cash. ImageX and Creativepro make Web-based graphic software used by companies to design marketing material. ImageX, based in Bellevue, Wash., said it would hire Creativepro's 120 employees and keep its Portland, Ore., headquarters. Creativepro had about $21 million in revenue last year. ImageX had $11.5 million in revenue last year. Its stock fell $2.3125, to $17.9375, in Nasdaq trading.

- FACEBOOK
- TWITTER
- GOOGLE+
- EMAIL
- SHARE
- PRINT
- REPRINTS

FAR FROM THE MADDING CROWD — NOW PLAYING

FACEBOOK | TWITTER | GOOGLE+ | EMAIL | SHARE

**MOST EMAILED** | **RECOMMENDED FOR YOU**

1. Pink Slips at Disney. But First, Training Foreign Replacements.
2. The Woman Behind Caitlyn Jenner's Vanity Fair Cover
3. Boston Terror Suspect's Shooting Highlights Concerns Over Reach of ISIS
4. The Agency
5. Raving Sober: Remembering Last Night in the Morning
6. Jeb Bush, Taking His Time, Tests the Legal Definition of Candidate
7. Caitlyn Jenner, Formerly Bruce, Introduces Herself in Vanity Fair
8. LENS — Girls Rule in an Indian Village
9. Huffington Post in Limbo at Verizon