| ☐County Court ☐District Court ☐Federal Court<br>901 19th Street, Denver, CO 80294  County, Colorado<br>Court Address:<br><br>Plaintiff(s)/Petitioner(s):<br>v.Whittier Place H.O.A. Inc., ...<br>Defendant(s)/Respondent(s): | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>03/13/2023<br>JEFFREY P. COLWELL, CLERK<br><br>▲   **COURT USE ONLY**   ▲ |
|---|---|
| Attorney or Party Without Attorney (Name and Address):<br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder, CO 80301<br>Phone Number:3033514239    E-mail:<br>FAX Number:                  Atty. Reg. #.: | Case Number:<br><br><br>Division       Courtroom |
| ☐**CONSENT OR** ☑**OBJECT TO ASSIGNMENT TO MAGISTRATE**<br>**PURSUANT TO COLORADO RULES FOR MAGISTRATES** | |

My name is **David William Dacres Shaver**, **(After reading carefully, check one of the boxes below.)**

☐ I am a Plaintiff/Petitioner in this case.    ☐ I am counsel for a Plaintiff/Petitioner in this case.

☑ I am a Defendant/Respondent    ☐ I am counsel for a Defendant/Respondent in this case.

☐ (Attorneys only) I represent the following party or parties: _____

_____

IMPORTANT NOTICE

**Each Plaintiff/Petitioner and Defendant/Respondent in a case must fill out a separate Consent or Object form. You cannot Consent or Object for another party unless you are that person's attorney. Spouses/Partners in a Civil Union cannot Consent or Object for each other.**

☐ **I do consent** to a Magistrate presiding at ☐ all hearings and rulings on all motions or ☐ the _____ (name of proceeding) in this case. I understand that if I do not consent, the case will be handled by the assigned Judge. I also understand that if I do consent, I cannot withdraw my consent at a later time.

☑ **I object** to a Magistrate presiding at ☑ all hearings and rulings on all motions or ☐ the _____ (name of proceeding) in this case. I understand that if I object, the case will be handled by the assigned Judge.

Date: _____     *David W Shaver* ___ /s/David W Shaver_____
                                                 Signature