| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court ■ Federal Court<br>Address: 901 19th Street, Denver, CO 80294<br><br>Plaintiff: David William Dacres Shaver<br>Vs. Defendant(s): Whittier Condominiums HOA<br>(City of Boulder has been sent Notice) | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>03/13/2023<br>JEFFREY P. COLWELL, CLERK<br><br>Δ **COURT USE ONLY** Δ |
|---|---|
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail: davidwshaver@yahoo.com | Case Number: |

**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION (Federal Rule 65 or CO Rule 365)**

**WHEREAS** Plaintiff has been informed of imminent anticipatory destruction of Plaintiff's personal property at 2301Pearl39. Defendant(s) have notified Plaintiff of their intent to demolish the real property in which his personal property has been stored, and an apparent unwillingness to even provide statutory basis for refusals to allow Plaintiff to retrieve and/or repossess his own personal property from it first.

**AS SUPPORTED BY THE COMPLAINT, FACTUAL ALLEGATIONS, & ATTACHED FILINGS:**

**Plaintiff believes that:** A) Plaintiff's threatened harm may be irreparable, and considerably outweighs any of Defendants' theorized reasonably possible harm (indeed, Plaintiff has received valuations of even those replaceable items in his personal property which indicate that any potential losses which may be suffered by Defendant(s) are considerably outweighed by the financial cost which may otherwise be incurred). B) Money damages would not be able to restore Plaintiff's potential foreseeable losses in these regards. C) Plaintiff's threatened harm should considerably outweigh any of Defendants' theorized reasonably possible harm (indeed, Defendants' claimed potential losses are considerably outweighed by the financial costs that they would have saved by instead following Plaintiff's recommendations). D) Plaintiff is not aware of any substantial public interest that would be contravened by such an injunction. (Defendants have been given plenty of opportunity to allow for access without any delays at all). E) Plaintiff believes that he should have a substantial likelihood of success in this action.

**WHEREFORE,** Plaintiff moves that this Honorable Court should issue an Order for a Preliminary Injunction on 2301Pearl39, preventing any further destruction of property or chattels in storage, in order that Plaintiff's personal property might be repossessed via replevin or self-help before any demolition, and/or for any other relief that this Court deems just and proper.

Signature of 'Plaintiff': _/s/David W Shaver_ (PRO SE)   Date: ____3.13.2023____

Address: _1750 30th St Suite A338, Boulder CO 80301_   Phone: _303-351-4239_