| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court<br>■ Federal Court<br>Address: 901 19th Street, Denver, CO 80294 | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>03/13/2023<br>**JEFFREY P. COLWELL, CLERK** |
|---|---|
| Plaintiff:    David William Dacres Shaver<br>Vs. Defendant(s):  Whittier Condominiums HOA<br>(City of Boulder has been sent Notice) | Δ **COURT USE ONLY** Δ |
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail: davidwshaver@yahoo.com | Case Number: |

**Motion to Perform Site Inspection (i.e. FRCP Rule 34)**

Whereas Plaintiff has recommended multiple parties (insurance agents and 'Charles Taylor') to perform analyses such as chemical testing on the substances used to coat the deck flooring on the catwalks and lower area between condominiums in the Whittier Condominium complex, but no parties have as yet admitted to having tested this. Testing of the paint chosen to coat the outer buildings might be valuable too.

Parties have indicated that insurance policies have been heavily influencing their choice of actions. Sources indicate that 'additive flame retardants' or 'intumescent coatings' are supposed to be added to polyurea coatings (i.e. in order to prevent them, in such wood coated surface situations, from turning into a giant candle when overheated, as they appear to have done in the Whittier Condominiums' fire).

Without such testing, it is difficult to know how the system of government we live in, or construction regulations, might be improved to reduce the likelihood such events from recurring in the future.

- "polyurea ... will burn when exposed to direct flame"   https://versaflex.com/support/faq/
- The effect of intumescent coating and additive flame retardants "intumescent coat is very effective in imparting flame retardancy to the samples": https://onlinelibrary.wiley.com/doi/abs/10.1002/pat.1963

**WHEREFORE Plaintiff** moves that this Court should enter any necessary orders to ensure (perhaps even compel) a site inspection which includes said chemical+ analyses, & for any other appropriate relief.

Signature of 'Plaintiff': _/s/David W Shaver_   (PRO SE)   Date: ____3.13.2023____

Address: __1750 30th St Suite A338, Boulder CO 80301__    Phone: __303-351-4239__