Case No. 1:23-cv-00645-NYW Document 18-1 filed 03/14/23 USDC Colorado pg 1 of 1

UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/14/2023
JEFFREY P. COLWELL, CLERK

**Plaintiff's Exhibit D**



