Plaintiff's Exhibit E



[Even 'WJE' supplied assessment is self-contradictory, claiming accessible areas in unit 34 below, but same area immediately above, in unit 39 without roof damage, somehow claimed inaccessible!?]