**Plaintiff's Exhibit F**

**Subject:** Whittier Apartments : Access to Unit(s)?
**From:** David Shaver <davidwshaver@yahoo.com>
**Date:** 10/25/21, 2:10 PM
**To:** "rachel@boulderhoa.com" <rachel@boulderhoa.com>
**Message-ID:** <301363355.617031.1635192657520@mail.yahoo.com>
**MIME-Version:** 1.0
**Content-Type:** text/plain; charset=UTF-8
**Content-Transfer-Encoding:** quoted-printable
**References:** <301363355.617031.1635192657520.ref@mail.yahoo.com>
**X-Mailer:** WebService/1.1.19198 YMailNorrin
**Content-Length:** 1501

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/14/2023
JEFFREY P. COLWELL, CLERK

```
    I was ordered to leave, by an officer outside my door, before I could pick up certain items
from the apartment, during the fire on the 19th.  The police department had originally told me
that they would allow residents access {first saying within 7 hours to a day, then within two
days}, but now tells me that BoulderHOA is the one coordinating access (?).

    The unit I was in, #39, appears to have largely suffered roof damage.  The items that I would
be interested in near term retrieval (including my wallet, and phone) were located in a
relatively undamaged section (likely accessible via reaching in the side window, or more likely
via the balcony).

https://x-in-g.com/Secure/Unit39/

    As a graduate Engineer, having seen extensive overhead video of the damage, and with what
mountaineering experience I have, having hiked most of the "14'ers" in colorado (I even left
climbing equipment in the unit, in case I had to escape via the balcony! - which in hindsight I
probably should've done to retain more of my possessions, not knowing it would take this long), I
think I would feel relatively comfortable visiting it in its current condition (and would be
quite willing to provide an indemnification or waiver to that effect).

    I pray to God that any residents with any reasonably intact structures are able to obtain
access to contents within our units relatively soon!

David William Dacres Shaver
```