**Plaintiff's Exhibit I {<u>Adobe Ventures ImageX investment(s) : p19 out of 116</u> page <u>SEC Form 10k filing</u>}**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/14/2023
JEFFREY P. COLWELL, CLERK

|  | Private | Public |
|---|---|---|
| **Adobe Ventures L.P. Equity Investments** | | |
|   Engage, Inc. | | X |
|   ImageX.com, Inc. | | X |
|   Managing Editor Software, Inc. | X | |
| | | |
| **Adobe Ventures II, L.P. Equity Investments** | | |
|   DigitalThink, Inc. | | X |
|   Engage, Inc. | | X |
|   HAHT Software, Inc. | X | |
|   ImageX.com, Inc. | | X |
|   PictureIQ Corporation | X | |
|   Salon Media Group, Inc. (formerly Salon.com) | | X |
|   Virage, Inc. | | X |
| | | |
| **Adobe Ventures III, L.P. Equity Investments** | | |
|   AvantGo, Inc. | | X |
|   Biz 360, Inc. | X | |
|   Builders Information Group, Inc. | X | |
|   Covalent Technologies, Inc. | X | |
|   Digital Fountain | X | |
|   DigitalThink, Inc. | | X |
|   Engage, Inc. | | X |
|   PictureIQ Corporation | X | |
|   Sendmail, Inc. | X | |
|   Shutterfly, Inc. | X | |
|   Slam Dunk Networks, Inc. | X | |
| | | |
| **Adobe Ventures IV, L.P. Equity Investments** | | |
|   BAM Software, Inc. | X | |
|   Biz 360, Inc. | X | |
|   Cardiff Software, Inc. | X | |
|   Convio, Inc. | X | |
|   Convalent Technologies, Inc. | X | |
|   Digital Fountain | X | |
|   HAHT Software, Inc. | X | |
|   Kontiki, Inc. | X | |
|   Pervasive Security Systems, Inc. | X | |
|   Picture IQ Corporation | X | |
|   Sendmail, Inc. | X | |
|   Shutterfly, Inc. | X | |
|   TuVox, Inc. | X | |

    We intend to continue investing in new markets through limited partnerships as well as through direct investments.

**PRODUCT DEVELOPMENT**

    Since the personal computer and enterprise software industries are characterized by rapid technological change, a continuous high level of expenditures is required for the enhancement of existing products and the development of new products. We primarily develop our software internally. We occasionally acquire products developed by others by purchasing the stock or assets of the business entity that held ownership rights to the technology. In other instances, we have licensed or purchased the intellectual property ownership rights of programs developed by others with license or technology transfer agreements that may obligate us to pay royalties, typically based on a percentage of the revenues generated by those programs.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-K

(Mark one)

**[X]   ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended November 29, 2002

or

**[ ]   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 0-15175

# ADOBE SYSTEMS INCORPORATED
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **77-0019522** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**345 Park Avenue, San Jose, California 95110-2704**
*(Address of principal executive offices)*

**Registrant's telephone number, including area code: (408) 536-6000**

**Securities registered pursuant to Section 12(b) of the Act: None**

**Securities registered pursuant to Section 12(g) of the Act: Common Stock**

Indicate by checkmark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 (the "Act") during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes [X]    No [ ]

Indicate by checkmark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes [X]    No [ ]

The aggregate market value of the registrant's common stock, $0.0001 par value per share, held by non-affiliates of the registrant on May 31, 2002, the last business day of the registrant's most recently completed second fiscal quarter, was $1,462,142,091 (based on the closing sales price of the registrant's common stock on that date). Shares of the registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the registrant have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of January 24, 2003, 231,074,795 shares of the registrant's common stock, $.0001 par value per share, were issued and outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Proxy Statement for the 2003 Annual Meeting of Stockholders (the "Proxy Statement"), to be filed within 120 days of the end of the fiscal year ended November 29, 2002, are incorporated by reference in Part III hereof. Except with respect to information specifically incorporated by reference in this Form 10-K, the Proxy Statement is not deemed to be filed as part hereof.