| | |
|---|---|
| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court<br>■ Federal Court<br>Address: 901 19th Street, Denver, CO 80294<br><br>Plaintiff:            David William Dacres Shaver<br>Vs. Defendant(s):   Whittier Condominiums HOA<br>                     (City of Boulder has been sent Notice) | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>4:26 pm, Mar 15, 2023<br>**JEFFREY P. COLWELL, CLERK**<br><br>Δ COURT USE ONLY Δ |
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail: davidwshaver@yahoo.com | Case Number: |

**AMENDED MOTION FOR PERMISSIVE JOINDER OF 3rdP IF APPROPRIATE (γ-GAMMA)**

Plaintiff believes that permissive Joinder under FRCP Rule 20 may be appropriate in this Complaint, if in order to determine damages which may have been contributed to by the City of Boulder or its Departments. [Reference: Boulder 11/9/21 **PD Report C#:21-10021§**, 12/21 **Report #:21-11210 Complaint #:G176765***]. City of Boulder has been sent ~Claim Notice, but a reply has not yet been received (they were supplied, however, with filings inc. 4th amendment precedents as early as 12/21*).

| | |
|---|---|
| Boulder Police Department 303-441-3333 : 1805 33rd St, Boulder, CO 80301 : Sarah Cantu : "Detective" **§ and/or** Brandon Brisco : "Officer" * | Boulder Colorado Fire & Rescue 303-441-3350 : 1777 Broadway, Boulder, CO 80302 Michael Calderazzo : "Boulder Fire Chief" (cc **§**) |
| Boulder Municipal Court 303-441-3350 : 1777 Broadway, Boulder, CO 80302 Chris Reynolds : "Boulder City Prosecutor" | Charles Taylor Engineering Tech. Services 303.425.7272 : 5926 McIntyre Street, Golden, CO 80401 Tammy Wainright: 'Operations Support Mgr' |
| Sentry Property Management 407-788-6700 : 2180 W State Rd 434 St 5000, Longwood Fl James Hart : 'Owner' | Bradley Pomp : 'President' | American Family Mutual Insurance Company : (608) 249-2111 : 6000 American Pkwy., Madison, Wisconsin 53783 **:** William B. Westrate : 'CEO' |

Mollenkopf Property Mgt, LLC : 3445 Castle Peak Ave, Superior, CO : Greg Mollenkopf: 'Reg Agent'

CorVel Corporation : 1180 Iron Point Rd., Suite 300 : Folsom, CA 95630 : Michael Combs : 'CEO'

**WHEREFORE, Plaintiff** Moves that if after review of the Complaint, and the above ~associated Case Filing(s)/report(s), this Court should determine it to be appropriate, this Court may permissively Join any of the above parties, preferably provide leave to allow amendment of the Complaint to add Causes for Intentional Interference With Property Rights, and/or Interference With Right of Way and/or Right of Common, and/or Violation of Civil Rights, & for any other relief deemed just & proper.

Signature of 'Plaintiff': _/s/ David W Shaver_   /s/David W Shaver    (PRÓ SÉ)    Date: ____3.15.2023____

Address:  _1750 30th St Suite A338, Boulder CO 80301_             Phone: __303-351-4239__