| | |
|---|---|
| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court<br>☒ Federal Court<br>Address: <u>901 19th Street, Denver, CO 80294</u> | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>4:26 pm, Mar 15, 2023<br>**JEFFREY P. COLWELL, CLERK** |
| Plaintiff:     David William Dacres Shaver<br>Vs. Defendant:    Whittier Condominiums HOA<br>(City of Boulder has been sent Notice) | Δ COURT USE ONLY Δ |
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail:davidwshaver@yahoo.com | Case Number: |

## DECLARATION OF FACTS REGARDING NOTICE TO 'CHRISTINE MOLLENKOPF'

**WHEREAS, PLAINTIFF** contacted 'Christine Mollenkopf', who has acted as the primary contact point with residents for 'Whittier Place Condominiums HOA' since Plaintiff has been directly involved with them (after the death of Plaintiff's Father), whose homeowner interface has been served, and dues collected from 'boulderhoa.com', and who has ~presided over every HOA meeting that he has attended. Although her own representation on her LinkedIn.com profile claims that she is currently 'President & Owner, Mollenkopf & Associates, LLC' for '2009 - Present · 13 yrs 10 mos', and 'Chief Financial Officer of BoulderHOA' for the same time period, when contacted on 1.14.23 about these matters, she claimed she is "not the president of the Whittier Place HOA - nor have I ever been the president nor have I ever been on the board", but that she "forwarded your email to the HOA's attorney". **Public record** on the Colorado.gov web site, however, indicates that her husband 'Gregg Mollenkopf <u>was</u> previously the 'Registered Agent' for 'Whittier Place Condominiums HOA' @ 6.02.2021, and its 'Principal Office Street Address' <u>matches their residence</u> (3445 Castle Peak Avenue, Superior, CO), and that the organization she publicly claims to be president of, 'Mollenkopf & Associates, LLC' was <u>actually voluntarily dissolved in 2010,</u> and that 'BoulderHOA' is a tradename of 'Mollenkopf Property Management, LLC', with her husband currently listed as registered agent. Plaintiff hasn't yet received adequate response on his queries attempting to clarify related matters, or current ownership of 'Whittier Place Condominiums HOA' with her, and thus Plaintiff is supplying an amended '**AMENDED MOTION FOR PERMISSIVE JOINDER ...(γ-GAMMA)**' which, if allowed by the Court, may provide for Joinder of 'Mollenkopf Property Management, LLC', also, if the Court should deem it appropriate.

Signature of 'Plaintiff': _/s/David W Shaver_    (PRO SE)    Date: ____3.15.2023____

Address:  _1750 30th St Suite A338, Boulder CO 80301_            Phone:  __303-351-4239__