| | |
|---|---|
| ☐ District Court ☐ Boulder County ☐ Boulder Municipal Court<br>☒ Federal Court<br>Address: 901 19th Street, Denver, CO 80294 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>3:25 pm, Mar 27, 2023<br>JEFFREY P. COLWELL, CLERK |
| Plaintiff:           David William Dacres Shaver<br>Vs. Defendant:  Whittier Condominiums HOA<br>                     (City of Boulder has been sent Notice) | Δ COURT USE ONLY Δ |
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239  eMail: davidwshaver@yahoo.com | Case Number:<br><br>23-cv-00645-NYW |

## DECLARATION OF FACTS REGARDING NOTICE TO CITY OF BOULDER

**WHEREAS, PLAINTIFF** contacted the Attorney's office of the 'City of Boulder' today @303-441-3020, with regards to the ''(Pre-emptive) Notice of Claim' which had been filed 1.6.2023, the day after Plaintiff received notice that they had first approved of demolition of some of the buildings in the complex (despite his earlier brief on apparent constitutional violations, which had been supplied to them in the municipal case).  The City Attorney's office ~recommended the 'City of Boulder Division of Risk Management', whom Plaintiff subsequently called and spoke with 'Alyssa';  Plaintiff's notice to the California Corvel corporation that Boulder apparently hired to handle such things had been assigned the case #1644-GL-21-0300437-001 by their 'Claims Specialist', 'Alta Smith', who 'Alyssa' now tells me has apparently been reassigned, which might possibly explain why they haven't gotten back to me since January, and were still ~unable to answer questions about the case over the phone.  Their web site, and Colorado's CRS § 24-10-109(1) indicate that a lawsuit can be brought "...within one hundred eighty-two days after the date of the discovery of the injury, regardless of whether the person then knew all of the elements of a claim or of a cause of action for such injury...", and I was told they considered "Luis Toro" the City Attorney's "Senior Attorney" likely to be their representative in answers on behalf of the local Government in such an action.  Plaintiff contends that one can argue that the City has a duty or implied contract with its residents to uphold their constitutional rights, and thus they might reasonably answer via summoning any/all of the defendants (who explictly interfered with Plaintiff's peacable self-help repossession of his own ~chattels) who Plaintiff had supplied on permissive joinder. {i.e. CRS § 13-80-117.}

Signature of 'Plaintiff': _/s/David W Shaver_    (PRO SE)    Date: ____3.27.2023____

Address:  _1750 30th St Suite A338, Boulder CO 80301_              Phone:  __303-351-4239__