| | |
|---|---|
| ☑ **District Court of Colorado (Federal)** <br> **Denver** County, Colorado <br> Court Address: <br> Address: 901 19th Street, Denver, CO 80294 <br> **In Re:** <br> **Petitioner:** David William Dacres Shaver <br> vs, <br> **Respondent/Co-Petitioner:** Whittier Condominiums HOA + <br> (City of Boulder has been sent Notice) | **FILED** <br> **UNITED STATES DISTRICT COURT** <br> **DENVER, COLORADO** <br> **03/31/2023** <br> **JEFFREY P. COLWELL, CLERK** <br><br> ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address): <br> David William Dacres Shaver <br> 1750 30th St Suite A338, Boulder CO 80301 <br> Phone Number: 303-351-4239   E-mail: davidwshaver@yah+ <br> FAX Number:   Atty. Reg.#: PRO SE | Case Number: <br><br> **23-cv-00645-NYW** <br><br> Division   Courtroom |
| **CERTIFICATE OF SERVICE** | |

I certify that:

1. The original ~~_____~~ of the  Complaint for Replevin+ of 3.13.2023 and all associated and subsequent filings through 3.31.2023
   (name of document)

   was ☑ mailed OR ☐ delivered to the Clerk of the Court; and
   + via eMail on & since 3.13

2. A true and accurate copy of the same document was ☐ hand delivered OR ☐ faxed to this

   number _____ OR ☑ placed in the United States mail, postage prepaid,

   and addressed to the following parties on this date: __3.31.2023__ .

AND _X_ eMailed to the following parties:

TO:  **sleff@wlpplaw.com : Suzanne M. Leff**

   **help@boulderhoa.com : Whittier HOA billing/help**

[Whereas: Whittier HOA's legal representative, Suzanne Leff, was supplied with the original filing links electronically, along with the Case#, as well as precedents that electronic service of process may be sufficient, (MEMORANDUM of 6.3.2021, Case#21C417) but she replied "The Association does not intend to sign off on a waiver of service unless and until the documents are completed and presented in the manner provided under the court rules", so a set has been mailed to her, through today, at the address she provided:     8020 Shaffer Parkway, Suite 300
      Littleton, CO 80127       ]
[Also, since the Court Clerk indicated they were barred by policy from downloading the ~55mb Exhibit J via the secure server links that I have provided, this has also been 'snail mailed' to them on a USB stick, along w/other original filings]

◀ **USPS Tracking#: 70212720000279792852**
   **ETA 4/3**

David William Dacres Shaver (PRO SE) / Plaintiff
☑ Petitioner  OR  ☐ Respondent/Co-Petitioner

1750 30th St Suite A338
Address

Boulder, CO 80301
City, State, Zip Code

303-351-4239
(Area Code) Telephone Number (home and work)

◀ **USPS Tracking#: 9500 1105 7830 3090 8242 74**
   **ETA 4/3**