| ☑ District Court of Colorado (Federal) | |
|---|---|
| **Denver** County, Colorado<br>Court Address:<br>Address: 901 19th Street, Denver, CO 80294<br>**In Re:**<br>David William Dacres Shaver<br>vs,<br>Whittier Condominiums HOA +<br>(City of Boulder has been sent Notice) | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>*1:31 pm, Apr 13, 2023*<br>**JEFFREY P. COLWELL, CLERK**<br><br>▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239   E-mail: davidwshaver@yah<br>FAX Number:   Atty. Reg.#: **PRO SE** | Case Number:<br><br>**23-cv-00645-NYW**<br><br>Division   Courtroom |
| **CERTIFICATE OF SERVICE** | |

I certify that:

1. The original _____ of the "Declaration Of Facts : 'Exhibit L'" plus CD-R containing 'Exhibit L' Communications & Logs of 4.12
   (name of document)
   was ☑ mailed OR ☐ delivered to the Clerk of the Court; and

2. A true and accurate copy of the same document was ☐ hand delivered OR ☐ faxed to this number _____ OR ☑ placed in the United States mail, postage prepaid, and addressed to the following parties on this date: 4.13.2023 .

TO:  Suzanne Leff, Attorney, WLPP Law
     8020 Shaffer Parkway, Suite 300
     Littleton, CO 80127

     [ See Below ]

**USPS Tracking#s: 9459 0105 7828 3103 6749 30**
**                  9549 0105 7828 3103 6749 54**
**                  ETA 4/15**

David William Dacres Shaver (PRO SE) / Plaintiff
☑ Petitioner   OR  ☐ Respondent/Co-Petitioner

1750 30th St Suite A338
Address

Boulder, CO 80301
City, State, Zip Code

303-351-4239
(Area Code) Telephone Number (home and work)

[Whereas: Colorado Courts have indicated that they are able to 'upload' CD-R's containing information (as being the format that transcripts are commonly supplied in), and thus a CDR containing the communications referenced as Plaintiff's 'Exhibit L' is included herein]