| | |
|---|---|
| ☑ District Court of Colorado (Federal)<br>**Denver**_____ County, Colorado<br>Court Address:<br>Address: 901 19th Street, Denver, CO 80294<br>**In Re:**<br>　　　　　David William Dacres Shaver<br>　　　　　　　　vs,<br>　　　　　Whittier Condominiums' Place<br>　　　　　Homeowners Association Incorporated +<br>　　　　　(City of Boulder has been sent Notice) | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239　　E-mail: **davidwshaver@yah**<br>FAX Number:　　　　　　　　Atty. Reg.#: **PRO SE** | Case Number:<br><br>**23-cv-00645-NYW**<br><br>Division　　　Courtroom |
| **CERTIFICATE OF SERVICE** | |

I certify that:

1. The original ▓▓▓▓▓ of the  Response to Order of 4.12, Amended Brief for Replevin / Injunction (+Exhibits intended Suppressed/Sealed).
   　　　　　　　　　　　　　　　　(name of document)
   was ❑ mailed  OR ❑ delivered to the Clerk of the Court; and
   　　　　　　☑ eMailed (to all)　　COD_ProSe_Filing@cod.uscourts.gov

2. A true and accurate copy of the same document was ❑ hand delivered  OR ❑ faxed to this
   number _____ OR ❑ placed in the United States mail, postage prepaid,
   and addressed to the following parties on this date:   05.03.2023                              .

TO:　sleff@wlpplaw.com : Suzanne M. Leff
　　　christine@boulderhoa.com : Whittier HOA billing
　　　　　(located at registered agent's address)
　　　　　　　　@ ~Time of Fire


　　　　　　　　　　　　　　　David William Dacres Shaver (PRO SE) / Plaintiff
　　　　　　　　　　　　　　　☑ Petitioner  OR ❑ Respondent/Co-Petitioner

　　　　　　　　　　　　　　　1750 30th St Suite A338
　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　Boulder, CO 80301
　　　　　　　　　　　　　　　City, State, Zip Code

　　　　　　　　　　　　　　　303-351-4239
　　　　　　　　　　　　　　　(Area Code) Telephone Number (home and work)