# {Preferred Sealed} Plaintiff's Exhibit N : Corvel Notice
# {Preemptive} Notice of Claim

• On 10/19/21, a fire occurred at the 'Whittier Place Condominiums' complex, located at 2301 Pearl Street in Boulder, Colorado, which caused damage to the building(s), of which Condominium #39 contains Plaintiff's property (registered as owned by a Trust of which he is beneficiary) - the Trust Company has further indicated that they chose to acquire insurance at a level which is less than the value of Claimant's possessions of which they had been informed).  The City has indicated that their own insurance is a primary cause of their position on issues.  Some of the apartments were more damaged than others; claimant was originally informed that residents would be allowed back in to collect possessions within a day, later within ~ a few days.  In Claimant's opinion, as an Engineering Graduate of the University of Colorado, Condominium #39 in which he was residing appears facially to have significant portions intact, whose contents should be recoverable, and personally feels that it would worth the risk/reward to him in venturing in to recover items.  Claimant has clearly expressed an interest in recovering the contents by multiple avenues, and further suggested alternate routes such as recovery via rope access technicians, or robotic means, even offering to go in himself with AD&D insurance, without satisfactory response or basis • Members of Boulder Fire and Rescue, and Police departments have been involved (with direct involvement initially including Detective Sarah Cantu). • Claimant has just been informed that demolition of the building has been scheduled • Replacement of even those replaceable of Claimant's thousands of possessions (many obtained at auction) could also potentially incur more value in time than the insured value of the possessions themselves.

**INFORMATION WHICH CLAIMANT BELIEVES SHOULD BE CONSIDERED CONFIDENTIAL  INFORMATION / NOT DISCLOSED i.e. via Colorado / Federal Trade Secrets Acts:**

• If near term demolition is allowed to go through, with parties including the City and HOA continuing to be obstructive, without allowing for recovery, Claimant's property, which has been valued at over $XXXXXXXX**C.F.I.** (+time lost) may be damaged or irretrievable (for which loss any and all parties with responsibility may potentially be held accountable and/or pursued, i.e. potentially pro-rata or severally).  This information is covered by the Astrobyte / Extensis Merger confidentiality agreements, obtainable via the originating attorney(s): https://www.moyewhite.com/professionals/edwin-a-naylor If the city will provide a conformant non-disclosure agreement, more details can be provided.  Alternate means of recovery of the value of possessions is as yet unclear.      [Map of personal property enclosed]

Signature of 'Claimant':_____          Date: _____

Address:  _1750 30th St Suite A338, Boulder CO 80301_____          Phone:  __303-351-4239__