**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00645-NYW

DAVID WILLIAM DACRES SHAVER,

      Plaintiff,

v.

WHITTIER CONDOMINIUMS HOA,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of United States District Judge Nina Y. Wang entered on April 12, 2023 [Doc. 27] and May 9, 2023 [Doc. 33], it is

ORDERED that the Response and Motion to Stay/Extend Termination/Order of 4.12 Pending Intended Appeal Outcome [Doc. 32] is DENIED.  It is

FURTHER ORDERED that because Plaintiff's Complaint has been dismissed without prejudice for lack of subject matter jurisdiction, and because Plaintiff has not filed an amended pleading by the Court's deadline, this case is TERMINATED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Whittier Condominiums HOA and against Plaintiff David William Dacres Shaver.

Dated at Denver, Colorado this 9th day of May, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk