| | |
|---|---|
| ☐ District Court  ☐ Boulder County  ☐ Boulder Municipal Court<br>☑ Federal Court<br>Address: 901 19th Street, Denver, CO 80294 | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>6/7/2023<br>**JEFFREY P. COLWELL, CLERK** |
| Plaintiff: David William Dacres Shaver<br>Vs. Defendant(s): Whittier Condominiums HOA,<br>City of Boulder, Officer Brandan Brisco | Δ **COURT USE ONLY** Δ |
| 'Pro Se' Party/Not member of Colorado Bar (Name and Address)<br><br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone Number: 303-351-4239 eMail:davidwshaver@yahoo.com | Case Number:<br><br>**23-cv-00645-NYW** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff intends by this notice to Appeal this case to the United States Court of Appeals for the Tenth Circuit from the 'Final Order' [Doc 34] and associated filings, last entered in the United States District Court for the District of Colorado on 5.9.2023.

Signature of 'Plaintiff': _/s/David W Shaver_   (PRO SE)   Date: __6.7.2023__

Address:  1750 30th St Suite A338, Boulder CO 80301                      Phone:  303-351-4239

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal has also been served via having been posted by regular mail upon [Suzanne Leff, Attorney, WLPP Law, 8020 Shaffer Parkway, Suite 300, Littleton, CO 80127], as well as being served electronically via eMail upon both Suzanne M. Leff <sleff@wlp-plaw.com> (current 'RegisteredAgent'), and Christine Mollenkopf <christine@boulderhoa.com> : Whittier HOA billing (located at the prior registered agent's address, ~ at the time of the fire).

Signature of 'Plaintiff': _/s/David W Shaver_   (PRO SE)   Date: __6.7.2023__

Address:  1750 30th St Suite A338, Boulder CO 80301                      Phone:  303-351-4239