APPEAL,JD1,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:23−cv−00645−NYW

| | |
|---|---|
| Shaver v. Whittier Condominiums HOA | Date Filed: 03/13/2023 |
| Assigned to: Judge Nina Y. Wang | Date Terminated: 05/09/2023 |
| Demand: $5,000,000 | Jury Demand: None |
| Cause: 42:1983(c)(v)(p) – Civil Rights (Personal Property) | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David William Dacres Shaver**          represented by  **David William Dacres Shaver**
1750 30th Street
#A338
Boulder, CO 80301
303−351−4239
PRO SE

V.

**Defendant**

**Whittier Condominiums HOA**
*(City of Boulder has been sent Notice)*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2023 | 36 | NOTICE OF APPEAL as to 34 Judgment, 33 Order, by Plaintiff David William Dacres Shaver. (trvo, ) (Entered: 06/08/2023) |
| 05/09/2023 | 35 | CERTIFICATE of Service by Mail by Clerk of Court re 33 Order and 34 Final Judgment to David William Dacres Shaver, 1750 30th Street, #A338, Boulder, CO 80301. Text Only Entry (ebuch) (Entered: 05/09/2023) |
| 05/09/2023 | 34 | FINAL JUDGMENT in favor of Defendant Whittier Condominiums HOA and against Plaintiff David William Dacres Shaver pursuant to 27 and 33 Orders, by Clerk on 5/9/2023. (ebuch) (Entered: 05/09/2023) |
| 05/09/2023 | 33 | ORDER denying 32 Response and Motion to Stay/Extend Termination/Order of 4.12 Pending Intended Appeal Outcome. Because Plaintiff's Complaint has been dismissed without prejudice for lack of subject matter jurisdiction, and because Plaintiff has not filed an amended pleading by the Court's deadline, this case is terminated, by Judge Nina Y. Wang on 5/9/2023. (ebuch) (Entered: 05/09/2023) |
| 05/03/2023 | 32 | Response and Motion to Stay/Extend Termination/Order of 4.12 Pending Indented Appeal Outcome, by Plaintiff David William Dacres Shaver. (Attachments: # 1 Certificate of Service, # 2 Exhibit, # 3 Exhibit)(angar, ) (Entered: 05/04/2023) |
| 05/03/2023 | 31 | BRIEF in Support of Complaint for Replevin/Preliminary Injunction, by Plaintiff David William Dacres Shaver. (angar, ) (Entered: 05/04/2023) |
| 04/14/2023 | 30 | Conventionally Submitted Material: 1 CD containing Exhibit L, Communications & Logs of 4.12 by Plaintiff David William Dacres Shaver. Material placed in the Clerk's Office A−1−7. Text Only Entry. (trvo, ) (Entered: 04/14/2023) |
| 04/13/2023 | 29 | CERTIFICATE of Service by David William Dacres Shaver. (trvo, ) (Entered: 04/13/2023) |
| 04/12/2023 | 28 | CERTIFICATE of Service by Mail by Clerk of Court re 27 Order to David William Dacres Shaver at 1750 30th Street #A338 Boulder, CO 80301. Text Only Entry. (trvo, ) (Entered: 04/12/2023) |

| Date | No. | Description |
|---|---|---|
| 04/12/2023 | 27 | ORDER. The Order to Show Cause [Doc. 16 ] is **MADE ABSOLUTE**. Plaintiff's Complaint [Doc. 1 ] is **DISMISSED without prejudice** for lack of subject matter jurisdiction. <u>Plaintiff is GRANTED LEAVE to file an amended complaint within 21 days of the date of this Order. Plaintiff is ADVISED that any amended pleading must comply with Rule 8 and Rule 10 of the Federal Rules of Civil Procedure. Plaintiff is ADVISED that if he fails to file an amended pleading by the Court's deadline, this Court will direct the Clerk of Court to terminate this case without further warning from the Court.</u> The pending Motions in this case [Doc. 2 ; Doc. 10 ; Doc. 11 ; Doc. 12 ; Doc. 14 ; Doc. 19 ] are **DENIED without prejudice as moot**. By Judge Nina Y. Wang on 4/12/2023.(trvo, ) (Entered: 04/12/2023) |
| 04/03/2023 | 26 | Conventionally Submitted Material: 1 USB Drive re 25 Certificate of Service by Plaintiff David William Dacres Shaver. Material placed in the Clerk's Office A–1–7. Text Only Entry. (trvo, ) (Entered: 04/04/2023) |
| 03/31/2023 | 25 | CERTIFICATE of Service by David William Dacres Shaver (trvo, ) (Entered: 04/04/2023) |
| 03/31/2023 | 24 | RESPONSE TO 16 ORDER TO SHOW CAUSE by Plaintiff David William Dacres Shaver. (trvo, ) (Entered: 04/04/2023) |
| 03/28/2023 | 23 | SUMMONS issued by Clerk. (sdunb, ) (Entered: 03/28/2023) |
| 03/27/2023 | 22 | SUMMONS REQUEST as to Whittier Place Condominiums HOA, Inc. by Plaintiff David William Dacres Shaver. (sdunb, ) (Entered: 03/28/2023) |
| 03/27/2023 | 21 | Declaration of Facts Regarding Notice to City of Boulder by Plaintiff David William Dacres Shaver. (sdunb, ) (Entered: 03/28/2023) |
| 03/15/2023 | 20 | Declaration of Facts Regarding Notice to Christine Mollenkopf by Plaintiff David William Dacres Shaver (trvo, ) (Entered: 03/17/2023) |
| 03/15/2023 | 19 | MOTION for Permissive Joinder of 3rdP If Appropriate by Plaintiff David William Dacres Shaver. (trvo, ) (Entered: 03/17/2023) |
| 03/14/2023 | 18 | Exhibits in Support of 1 Complaint, by Plaintiff David William Dacres Shaver. (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H, # 6 Exhibit I) (blaws) (Entered: 03/16/2023) |
| 03/14/2023 | 17 | CERTIFICATE of Service by Mail by Clerk of Court re 16 Order to Show Cause to David William Dacres Shaver at 1750 30th Street #A338 Boulder, CO 80301. Text Only Entry. (trvo, ) (Entered: 03/14/2023) |
| 03/14/2023 | 16 | ORDER TO SHOW CAUSE: Plaintiff shall SHOW CAUSE, in writing, on or before **March 31, 2023**, why this case should not be dismissed without prejudice for lack of federal subject matter jurisdiction. By Judge Nina Y. Wang on 3/14/2023. (trvo, ) (Entered: 03/14/2023) |
| 03/13/2023 | 15 | Case assigned to Judge Nina Y. Wang. Text Only Entry. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 14 | MOTION to Perform Site Inspection by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 13 | Pre–Pleading Memoranda of Law in Support of 12 MOTION for Joinder filed by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 12 | MOTION for Permissive Joinder of Third Parties if Appropriate by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 11 | MOTION for Judicial Review of Forum and Jurisdiction Clauses by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 10 | EMERGENCY MOTION for Preliminary Injunction by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 9 | BRIEF in Support of # 1 Complaint, by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |

| 03/13/2023 | 8 | OBJECT to Assignment to Magistrate Pursuant to Colorado Rules for Magistrates by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| --- | --- | --- |
| 03/13/2023 | 7 | RESTRICTED DOCUMENT – Level 1: Exhibit K to # 1 Complaint by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 6 | RESTRICTED DOCUMENT – Level 1: Exhibit B to # 1 Complaint by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 5 | RESTRICTED DOCUMENT – Level 1: Exhibit A to # 1 Complaint by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 4 | RESTRICTED DOCUMENT – Level 1: Affidavit by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 3 | RESTRICTED DOCUMENT – Level 1: Sealed Memorandum in Support of Sealing to # 2 Motion by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 2 | Unsealed MOTION for Suppressing or Sealing by Plaintiff David William Dacres Shaver. (blaws) (Entered: 03/14/2023) |
| 03/13/2023 | 1 | COMPLAINT for Cause of Action: Replevin against Whittier Condominiums HOA (Filing Fee: $402.00, Receipt Number: 106315), filed by David William Dacres Shaver. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits, # 3 Attachments, # 4 Summons, # 5 Notice of a Lawsuit and Request to Waive Service of a Summons, # 6 Waiver of the Service of Summons, # 7 Declaration of Facts, # 8 Proposed Writ of Assistance) (blaws) (Entered: 03/14/2023) |