

# U.S. District Court

### District of Colorado

Receipt Date: Jun 22, 2023 9:43AM

David W Shaver

| Rcpt. No: 107365 | Trans. Date: Jun 22, 2023 9:43AM | | | | Cashier ID: #BL |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | 1:23-cv-00645 | 1 | 505.00 | 505.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $505.00 |
| | Total Due Prior to Payment: | $505.00 |
| | Total Tendered: | $505.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 1:23-cv-00645-NYW Appeal Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.