UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

August 18, 2023

David William Dacres Shaver
1750 30th Street, Unit A338
Boulder, CO 80301

**RE:**　　23-1258, In re: Shaver
　　　　　Dist/Ag docket: 1:23-CV-00645-NYW

Dear Petitioner:

Your petition for writ of mandamus was docketed today. Please note the case number above.

Your petition for writ of mandamus has been docketed but will not be submitted to the court until the docket fee has been paid or you have filed a motion for leave to proceed without prepayment of fees and costs. *See* Fed. R. App. P. 21(a)(3) and 10th Cir. R. 21.1. Within 30 days of the date of this notice, you must either pay the $500.00 docket fee to the clerk or file a motion for leave to proceed without prepayment of fees on the enclosed form. If the fee is not paid or the form is not filed, this proceeding may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Pro se parties must complete and file an entry of appearance form within thirty days of the date of this letter.

Within 30 days of the date of this letter, you must provide proof of service of the petition on respondent(s) and the district court judge (*See* Fed. R. App. P. 21(a)(1)), or this proceeding may be dismissed without further notice. *See* 10th Cir. R. 3.3(B). The enclosed form may be used.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/jjh

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance - Pro Se**

v.                                              Case No.

      I hereby notify the clerk that I am appearing pro se as the

_____
(Appellant, Petitioner, Appellee or Respondent)

in this case.  All notices regarding the case should be sent to me at the address below.  If my mailing address changes, I will promptly notify the clerk in writing of my new address.

      Further, in accordance with 10th Cir. R. 46.1, I certify:  **(Check one.)**

    All parties to this litigation, including parties who are now or have been interested

    in this litigation, are revealed by the caption on appeal, or

☐    There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____       _____
Signature                                              Name

                                                             _____
                                                             Mailing Address

                                                             _____
                                                             City          State          Zip Code

# CERTIFICATE OF SERVICE

I hereby certify that:

All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of the Pro Se Entry
　　　　[date]

of Appearance Form to:_____

at_____

_____, the last known

address/email address, by _____.
　　　　　　　　　　　　　[state method of service]

_____
Date

_____
Signature

---

# CERTIFICATE OF INTERESTED PARTIES
(attach additional pages if necessary)

# CERTIFICATE OF SERVICE

I hereby certify that on _____ I served a copy of
[date]

the _____,
[name of document]

to:

_____, at _____
[opposing party or attorney]

_____

_____, the last known

address/email address, by _____.
[state method of service]

_____                     _____
Date                                          Signature

**COS**  Certificate of Service pro se   6/2011

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| Plaintiff/Petitioner – Appellant,<br><br>v.<br><br><br><br>Defendant/Respondent –Appellee. | Case No.<br><br>Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) |

    I, _____, the petitioner/appellant in the captioned case move this court for leave to proceed in forma pauperis.

    In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/22   Page 1

# FINANCIAL DECLARATION

### Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions**. **Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are:

1. Are you or your spouse currently employed?      Yes _____      No _____

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay.   Gross pay is pay before any taxes or other deductions are taken.   If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

| Yourself: | Your Spouse: |
|---|---|
| Name and Address of Employer | Name and Address of Employer |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| Length of Employment | Length of Employment |
| \_\_\_\_\_  _____  Years   Months | \_\_\_\_\_  _____  Years   Months |
| Monthly Gross Pay  $_____ | Monthly Gross Pay  $_____ |

3.  If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself   _____; spouse _____

Monthly gross pay during last month of employment   $_____

4.  State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment                              Y/N \_\_\_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Income from real property (such as rental income)   Y/N \_\_\_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Interest and dividends                       Y/N \_\_\_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Gifts                                        Y/N \_\_\_ | $ _____ | $ _____ | $ _____ | $ _____ |

| | | | | | |
|---|---|---|---|---|---|
| Alimony | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Child Support | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Unemployment payments | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Public assistance payments such as welfare payments | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Other sources of money (specify: _____ ) | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| TOTAL | | $ _____ | $ _____ | $ _____ | $ _____ |

5. State the amount of cash you and your spouse have:   $ _____

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | Address: _____ _____ | Value: $ _____ Amount owed on mortgages and liens: $ _____ |
| **Other real estate** | Address: _____ _____ | Value: $ _____ Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year: _____ | Value: $ _____ Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: _____ | Value: $ _____ Amount owed: $ _____ |
| **Other** | Description: _____ _____ | Value: $ _____ Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |

9. Complete this question by estimating the average monthly expenses of you and your family.

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/22   Page 5

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _____ | $ _____ |
|     Are real estate taxes included?   Yes ____   No ____ | | |
|     Is property insurance included?   Yes ____   No ____ | | |
| Utilities:   Electricity and heating fuel | $ _____ | $ _____ |
|     Water and sewer | $ _____ | $ _____ |
|     Telephone | $ _____ | $ _____ |
|     Other _____ | $ _____ | $ _____ |
| Home maintenance (Repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including car payments) | $ _____ | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Charitable contributions | $ _____ | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
|     Homeowner's or renter's | $ _____ | $ _____ |
|     Life | $ _____ | $ _____ |
|     Health | $ _____ | $ _____ |

| | | |
|---|---|---|
| Auto | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | $ _____ | $ _____ |

Installment payments

| | | |
|---|---|---|
| Auto: | $ _____ | $ _____ |
| Credit Card: (name) _____ | $ _____ | $ _____ |
| Department Store: (name) _____ | $ _____ | $ _____ |
| Other    _____ | $ _____ | $ _____ |
| Other    _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| **TOTAL MONTHLY EXPENSES** | $ _____ | $ _____ |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?   Yes _____   No _____

    If yes, describe on an attached sheet.

11. Have you spent- or will you be spending- any money for expenses or attorney's fees in connection with this case?   Yes _____   No _____

    If yes, how much?   $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____
_____
_____

12. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?   Yes _____   No _____

    If yes, how much?   $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____
_____
_____

13. How much can you pay each month toward the docket fee for your appeal:
    $ _____

14. Please provide any other information that helps to explain why you cannot pay the docket fees for your appeal.

A-14   Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/22   Page 8

15. State the city and state of your legal residence:

Your daytime phone number: (_____) _____

Your age: _____

Years of schooling: _____

[Last four digits of] your social security number: _____

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.   28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: _____      Signature: _____

# CERTIFICATE OF SERVICE

I hereby certify that:

☐  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐  On _____ I sent a copy of this Motion for Leave to
              [date]

Proceed on Appeal without Prepayment of Costs or Fees, to:

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]


_____          _____
Date                                                                Signature