| ■United States Court of Appeals for the Tenth Circuit<br>Address: 1823 Stout Street, Denver, CO 80257 | RECEIVED<br>U.S. COURT OF APPEALS<br>TENTH CIRCUIT<br><br>2023 AUG 17 PM 12: 31 |
|---|---|
| Appellant:          David William Dacres Shaver<br>Vs. Appellee(s):    Whittier HOA [Whittier Place<br>Condominiums Homeowners Association, Incorporated]+ | Δ COURT USE ONLY |
| 'Pro Se' Party/Not member of Colorado Bar:<br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone: 303-351-4239   eMail: davidshaver@yahoo.com | Case Number:<br><br>**23-1197** |

## PETITION FOR WRIT OF MANDAMUS

WHEREAS, David William Dacres Shaver, Petitioner/Appellant, hereby Petitions this Court for a Writ of Mandamus; and in support thereof states as follows:

## I. INTRODUCTION

This petition arises from an extraordinary and irregular sequence of events wherein Petitioner, who is the Appellant in an ongoing case in the 'United States District Court for the District of Colorado', was summoned for jury duty in the very court from whom the appeal has arisen.

## II. FACTUAL BACKGROUND

**A) Appeal and Recusal Request:** Petitioner filed this appeal from the 'United States District Court for the District of Colorado', wherein he cited errors in that court's handling of case filings, specifically incorrect docketing and/or dating of such filings. [ΔDoc 24(7)(a) 'Response to Judicial Order' of 3/31], recommending the recusal of that court's Judge there [ΔDoc 24(7)(b)], & in the 'Brief' here also.

**B) Jury Summons:** Despite the ongoing Appeal and the request for recusal, Petitioner received a summons to serve as a juror in the very court that is a sub-ject of the appeal and its recusal request for the Judge therein.

The lower court's jury service claims that Petitioner was 'drawn by random selection', however, given the circumstances, such a claim seems statistically

~absurd. Petitioner has only been summoned to jury duty once before in his life-time, understandably in the 'Jefferson County' jurisdiction where he grew up.

**C) Communication with Courts and Jury Clerk:** Petitioner supplied the jury service with information regarding the ongoing appeal+, later contacting both Courts, +emails w/'Jury Clerk' Ana Gauthier, who responded with the statistically ~false claim that the summons had "zero correlation" to his cases, and further claimed "I do not have authority to excuse jurors based on personal conflicts related to judges or case matter", and further did not respond to recommendations for evaluations by entities with significant skills in statistics and applicable law.

## III. LEGAL ARGUMENT & BASIS FOR MANDAMUS

**A) Sixth Amendment:** Guarantees guarantees the right to an impartial jury. In the present circumstances, it is not feasible for Petitioner, being effectively embroiled in legal proceedings against that lower court itself, to serve impartially therein.

**B) An Appearance of Impropriety:** is created by the Summons, possibly inter-pretable as intimidation, even ~harassment, undermining judicial credibility.

**C) Participation in said Jury Duty:** could hinder Appellant's participation here.

**D) This Court has Jurisdiction:** under the All Writs Act, 28 U.S.C. § 1651, and Federal Rule of Appellate Procedure 21, and venue is proper.

**WHEREFORE**, Petitioner respectfully requests that this Court should, God willing:

1. Issue a Writ of Mandamus directing the 'United States District Court for the District of Colorado' and/or Jury Service to halt the 'Jury Summons' to Petitioner.

2. Order appropriate preventive measures to ensure such irregularities don't recur.

3. Grant any other relief this Court deems just and/or appropriate and/or necessary.

'Petitioner' Signature: _David W Shaver_ /s/David W Shaver(PRO SE)   Date: _08/24/23_

Address: _1750 30th St Suite A338, Boulder CO 80301_   Phone: _303-351-4239_

Page 2

☑ United States Court of Appeals For the Tenth Circuit

Denver _____ County, Colorado

Court Address:

1823 Stout Street, Denver CO 80257

In Re:
Petitioner:        David William Dacres Shaver

                                vs,

Respondent/Co-Petitioner:   Whittier HOA [Whittier Place
Condominiums Homeowners
Association, Incorporated]+

▲   **COURT USE ONLY**   ▲

Attorney or Party Without Attorney (Name and Address):

David William Dacres Shaver

1750 30th St Suite A338, Boulder CO 80301

Phone Number: 303-351-4239       E-mail: davidwshaver@yahoo.com
FAX Number:                      Atty. Reg.#:  PRO SE

Case Number:

23-1197

Division        Courtroom

## CERTIFICATE OF SERVICE

I certify that:

1.   The original ▆▆▆▆▆▆ of the  Petition for Writ of Mandamus of 08.14.2023
                                      (name of document)
     was ☑ mailed  OR ☐ delivered to the Clerk of the Court; and
                    + provided to the Clerk via eMail

2.   A true and accurate copy of the same document was ☐ hand delivered  OR ☐ faxed to this
     number _____ OR ☑ placed in the United States mail, postage prepaid,
     and addressed to the following parties on this date:  08.14.2023                      .

AND _X_ eMailed to the following parties:

TO:   sleff@wlpplaw.com : Suzanne M. Leff
      christine@boulderhoa.com: at location of registered
                   agent, at time of the fire.

                                     Suzanne M. Leff
                                     8020 Shaffer Parkway, Suite 300
                                     Littleton, CO 80127

David William Dacres Shaver (PRO SE) / Appellant
☑ Petitioner  OR ☐ Respondent/Co-Petitioner

1750 30th St Suite A338
Address

Boulder, CO 80301
City, State, Zip Code

303-351-4239
(Area Code) Telephone Number (home and work)



DENVER CO 802

15 AUG 2023 PM 2 L

Court Clerk
Case # 23-1197
1823 Stout Street
Denver, CO 80257

David D Shaver
1750 79th St Suit A 378
Boulder, CO 80301

80257-