FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 3, 2023**

Christopher M. Wolpert  
Clerk of Court

---

In re: DAVID WILLIAM DACRES SHAVER,

    Petitioner.

No. 23-1258  
(D.C. No. 1:23-CV-00645-NYW)  
(D. Colo.)

---

**ORDER**

---

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk