UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                                                   Jane K. Castro
Clerk of Court                                                                                                                Chief Deputy Clerk

January 02, 2024

David William Dacres Shaver
1750 30th Street, Unit A338
Boulder, CO 80301

**RE:**    23-1197, Shaver v. Whittier Condominiums HOA
Dist/Ag docket: 1:23-CV-00645-NYW

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Wendy E. Weigler

CMW/jm